# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 07-0129-01-CR-W-FJG |
| Christy Hoagland, | ) | |
| Defendant. | ) | |

## ORDER

Pending before this Court is defendant's motion to correct judgment and sentence on the grounds that there was clear error at the sentencing within the meaning of Rule 35, Federal Rules of Criminal Procedure (Doc. #11), filed August 16, 2007. The factors defendant cites in her motion were considered by this Court at the time of sentencing and do not need to be further addressed. Accordingly, defendant's motion is denied.

/s/Fernando J. Gaitan, Jr.
Chief United States District Judge

Dated: 8/16/07
Kansas City, Missouri